AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ERICA LATHROP,<br><br>*Plaintiff(s)*<br>v.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER ENTERPRISES; WATCHTOWER FOUNDATION, INC.; WATCHTOWER ASSOCIATES, LTD; KINGDOM SUPPORT SERVICES, INC.; RELIGIOUS ORDER OF JEHOVAH'S WITNESSES; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; THE GOVERNING BODY OF JEHOVAH'S WITNESSES; OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES; LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES; MANUEL BELIZ; and REFUGIO VALENZUELA,<br><br>*Defendant(s)* | Civil Action No. 5:21-cv-01547-JWH-SPx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WATCHTOWER BIBLE AND TRACT SOCIETY
25 COLUMBIA HEIGHTS, BROOKLYN, NY 11201

THE GOVERNING BODY OF JEHOVAH'S WITNESSES
1 KINGS DRIVE, TUXEDO PARK, NY 10987

CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES
ATTN: LEGAL
675 RED MILLS ROAD, WALLKILL, NY 12589

WATCHTOWER ENTERPRISES, INC.
934 E 84TH STREET, BROOKLYN, NY 11236

WATCHTOWER FOUNDATION, INC.
934 E 84TH STREET, BROOKLYN, NY 11236

WATCHTOWER ASSOCIATES, LTD
934 E 84TH STREET, BROOKLYN, NY 11236

RELIGIOUS ORDER OF JEHOVAH'S WITNESSES
ATTN: LEGAL
2891 ROUTE 22, PATTERSON, NY 12563

KINGDOM SUPPORT SERVICES
2823 ROUTE 22, PATTERSON, NY 12563

OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES
32501 US Highway 97 Oroville, WA 98844

MANUEL BELIZ
2331 Northview Drive, Sacramento, CA 95833

LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES
2331 Northview Drive, Sacramento, CA 95833

REFUGIO VALENZUELA
32501 US Highway 97 Oroville, WA 98844

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ERIC BAUM
ADRIANA ALCALDE
EISENBERG & BAUM, LLP
24 UNION SQUARE EAST, PENTHOUSE
NEW YORK, NY 10003

ANAHITA SEDAGHATFAR
THE COCHRAN FIRM CALIFORNIA
4929 WILSHIRE BLVD, SUITE 1010
LOS ANGELES, CA 90010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Carmen Lujan*

Date:  09/13/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: