Anahita Sedaghatfar, Esq./SBN: 217289
The Cochran Firm - California
4929 Wilshire Blvd., Suite 1010
Los Angeles, California 90010
Tel: (323) 435-8205; Fax: (323) 282-5280

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA LATHROP,<br><br>                          Plaintiff(s)<br>v.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., et al.<br><br>                          Defendant(s). | CASE NUMBER<br>5:21-cv-01547-JWH-SP<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Baum, Eric M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(213) 353-8700            (212) 353-1708
*Telephone Number*       *Fax Number*

ebaum@eandblaw.com
*E-Mail Address*

of

EISENBERG & BAUM, LLP
24 Union Square East, Penthouse
New York, New York 10003

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of Plaintiff ERICA LATHROP and designating as Local Counsel**

Sedaghatfar, Anahita
*Designee's Name (Last Name, First Name & Middle Initial)*

217289            (323) 435-8205         (323) 282-5280
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

asedaghatfar@cochranfirm.com
*E-Mail Address*

of

THE COCHRAN FIRM - CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: _____

                                                                          **U.S. District Judge/U.S. Magistrate Judge**