
Case 5:21-cv-01547-JWH-SP   Document 23   Filed 12/17/21   Page 1 of 3   Page ID #:113

**Eric Baum** (seeking admission *pro hac vice*)
EBAUM@EANDBLAW.COM
**Adriana Alcalde** (seeking admission *pro hac vice*)
AALCALDE@EANDBLAW.COM
EISENBERG & BAUM, LLP
24 Union Square East, PENTHOUSE
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708

**ANAHITA SEDAGHATFAR, ESQ. (SBN 217289)**
 Email: asedaghatfar@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
 4929 Wilshire Boulevard, Suite 1010
 Los Angeles, California 90010
 Tel: (323) 435-8205
 Fax: (323) 282-5280

*Attorneys for Plaintiff Erica Lathrop*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA LATHROP,<br><br>*Plaintiff*,<br><br>v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER ENTERPRISES; WATCHTOWER FOUNDATION, INC.; WATCHTOWER ASSOCIATES, LTD; KINGDOM SUPPORT SERVICES, INC.; RELIGIOUS ORDER OF JEHOVAH'S WITNESSES; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; THE GOVERNING BODY OF JEHOVAH'S WITNESSES; OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES; LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES; MANUEL BELIZ; and REFUGIO VALENZUELA,<br><br>*Defendants*. | Case No. 5:21-cv-015747-JWH-SP |


-1-

264572670v.1

## NOTICE OF JOINT STIPULATION

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Erica Lathrop, and Defendants, Kingdom Support Services, Inc. ("KSS"), Religious Order of Jehovah's Witnesses ("ROJV") and Christian Congregation of Jehovah's Witnesses ("CCJW").

The parties jointly agree that KSS, ROJV, and CCJW will disregard the purported service of the summons and complaint in this matter until Plaintiff complies with the certificate of merit requirements pursuant to California Code of Civil Procedure sections 340.1 (f) (g) (h) and (i). Pursuant to California Code of Civil Procedure section 340.1(i), Plaintiff will not serve Defendants until obtaining approval from the Court.

The parties further stipulate that after Plaintiff complies with the requirements of California Code of Civil Procedure section 340.1 referenced above, Defense Counsel will accept service for the above-mentioned entities. Additionally, upon Plaintiff's compliance with CCP 340.1 (f) (g) (h) and (i), Defense Counsel is authorized to accept service for Defendant Watchtower Bible and Tract Society of New York, Inc. Upon information and belief, due to unsuccessful service attempts, Defendant Watchtower Bible and Tract Society of New York has not been served with the summons and compliant in this matter.

The parties further jointly stipulate that once Defendants have been served pursuant to the foregoing, that Defendants will have 40 days from receipt of service to file responsive pleadings.

Dated: December 17, 2021           Respectfully submitted,

/s/ Eric Baum
Eric Baum (seeking admission *pro hac vice*)
Adriana Alcalde (seeking admission *pro hac vice*)
EISENBERG & BAUM, LLP
24 Union Square East, Penthouse
New York, NY 10003

264572670v.1

|   |   |   |
|---|---|---|
| 1 |  | Tel: (212) 353-8700 |
| 2 |  | Fax: (212) 353-1708 |
|   |  | *Attorneys for Plaintiff Erica Lathrop* |

Dated:  December 17, 2021          Respectfully submitted,

    /s/ Anahita Sedaghatfar, Esq.
ANAHITA SEDAGHATFAR
Attorneys for Plaintiff ERICA LATHROP

-3-

264572670v.1