# EISENBERG & BAUM, LLP

December 17, 2021

**VIA CM/ECF**
Hon. John W. Holcomb
United States District Court
Central District of California
3470 12th St.
Riverside, CA 92501
Courtroom 2

        **RE:**    **Erica Lathrop v. Watchtower Bible and Tract Society of New York, Inc. et al.,
Case No. 5:21-cv-01547-JWH-SP**

Honorable Judge Holcomb,

      We write to inform you that Certificates of Merit were filed in this matter today pursuant to California Code of Civil Procedure 340.1(f) and (i). Service of the Summons and Complaint will be effectuated upon Defendants Kingdom Support Services, Inc.; Religious Order of Jehovah's Witnesses; and Christian Congregation of Jehovah's Witnesses if and when the Court approves the above-mentioned certificates. *See* Exhibit A. Additionally, upon the filing of the respective certificates, defense counsel is authorized to accept service for Defendant Watchtower Bible and Tract Society of New York, Inc. ("Watchtower"). *See* Exhibit A. As explained below, Defendant Watchtower is one of the Defendants that has not been served the Summons and Complaint in this matter. Plaintiff respectfully requests an extension of time to serve the necessary Defendants.

      In accordance with this Court's Order to Show Cause (ECF No. 21), Plaintiff requests a 45-day extension of time to serve Defendants Watchtower; Watchtower Enterprises Inc.; Watchtower Associates Ltd.; Watchtower Foundation Inc.; The Governing Body of Jehovah's Witnesses ("Governing Body"); Othello North Spanish Congregation of Jehovah's Witnesses; Las Palmas Congregation of Jehovah's Witnesses; Manuel Beliz; and Refugio Valenzuela. Despite diligent attempts, these Defendants have not been served with the Summons and Complaint. Attached hereto as Exhibit B is a description of the numerous attempts Plaintiff has made to serve the Defendants and shows that service is pending, meaning the process server simply has yet to upload the service documents, for many of these Defendants and was even cancelled by Watchtower Enterprises Inc.

      Fed. R. Civ. P. 4(m) provides that a Summons and Complaint shall be served upon defendants within 90 days after the complaint is filed. If this deadline is not met, the Rule allows the Court to direct that service be effected within a specified time. Accordingly, Plaintiff requests time to serve these Defendants in good faith and with good cause for the discretionary relief requested.

Plaintiff's claims arise out of her sexual assault from the ages of four to sixteen by the following elders of the religious organization known as Jehovah's Witnesses: Defendant Manuel Beliz, who was then a ministerial servant and later an elder of Defendant Othello North Spanish Congregation of Jehovah's Witnesses; and Refugio Valenzuela, an elder of Defendant Las Palmas Congregation of Jehovah's Witnesses.

Upon information and belief, Defendant Watchtower supervised and exercised control over the actions of Defendants Beliz and Valenzuela, finalized appointments of and supervised them as elders, formulates Defendants' organizational policies, regulates all Jehovah's Witnesses events, and requires its members to submit to Watchtower's control in all aspects of their personal lives. Upon information and belief, Defendant Governing Body established the policies for appointing and supervising elders and ministerial servants within the Jehovah's Witness organization, participated in the appointment of elders and ministerial servants, and exercised supervision and control over Defendants Beliz and Valenzuela. The other Defendants who have not been served are affiliates or successors-in-interest to Defendant Watchtower.

Upon information and belief, it is the policy and practice of Defendants Watchtower and Governing Body to cover up and shield its agents from allegations of childhood sexual abuse. As such, the corporate Jehovah's Witnesses Defendants have (likely by design) been difficult to serve. Plaintiff cannot obtain full relief for these horrific sexual assaults if this lawsuit cannot reach the individual Defendants who committed the acts and the corporate Defendants who are largely responsible for allowing them to occur.

Accordingly, Plaintiff respectfully requests an extension of time to properly serve these Defendants so that Plaintiff may have a chance to obtain some form of redress for her traumatic childhood experiences. We thank the Court for its time and attention to this matter.

Dated: December 17, 2021

                                              Respectfully submitted,

                                              /s/ Eric Baum
                                              Eric Baum (admitted *pro hac vice*)
                                              Adriana Alcalde (admitted *pro hac vice*)
                                              EISENBERG & BAUM, LLP
                                              24 Union Square East, Penthouse
                                              New York, NY 10003
                                              Tel: (212) 353-8700
                                              Fax: (212) 353-1708

                                              /s/ Anahita Sedaghatfar
                                              Anahita Sedaghatfar (SBN 217289)
                                              The Conhran Firm California
                                              4929 Wilshire Boulevard, Suite 1010
                                              Los Angeles, California 90010
                                              Tel: (323) 435-8205
                                              Fax: (323) 282-5280

                                              *Attorneys for Plaintiff Erica Lathrop*

# Exhibit A

**From:** "Adriana R. Alcalde" <aalcalde@eandblaw.com>
**Date:** December 8, 2021 at 4:22:01 PM EST
**To:** "Clifford, John R." <John.Clifford@wilsonelser.com>
**Subject: Re: Erica Lathrop v Watchtower Bible and Tract Society of New York, Inc/  USDC Case No. 5:21-cv-01547**


John,
I hope you had a nice Thanksgiving.  Could I schedule a call sometime tomorrow? I have the certificates of merit.  But it seems they have to be filed under seal.  I also want to confirm what defendants you will be accepting service for and if you don't have an objection to the certificates of service being filed after the complaint? Thank you.  Please let me know if you have time to speak tomorrow or even later on today.

Thanks again,

Adriana

Sent from my iPhone

> On Nov 4, 2021, at 5:50 PM, Clifford, John R. <John.Clifford@wilsonelser.com> wrote:
>
> Adriana,
>
> I enjoyed our conversation as well.  This will confirm pursuant to our discussion that we have agreed that my clients Kingdom Support Services, Inc. ("KSS"), Religious Order of Jehovah's Witnesses ("ROJV")and Christian Congregation of Jehovah's Witnesses ("CCJW") can disregard the purported service of the summons and complaint in this matter pursuant to CCP 340.1 (f) and (i)  which provides that a defendant shall not be served and service does not attach until the certificate of merit process is complied with.  As we discussed, your office will comply with the certificates of merit requirements of CCP 340.1 prior to any defendant being served with the summons and complaint.

Once Plaintiff has complied with the certificate of merit requirements set forth in CCP section 340.1, I am authorized to accept service for the entities referenced above as well as Watchtower Bible and Tract Society of New York, Inc. which I understand there has been no attempted service to date.

As you are reviewing this matter to prepare certificates of merit, please understand that KSS, ROJV and CCJW did not exist until 2000, several years after the events occurred as alleged in plaintiffs complaint and there is no legal basis to keep them in this case. I would request that those parties be dismissed.

While I do not represent them, can you share with me information regarding Watchtower Enterprises, Watchtower Foundation Inc. and Watchtower Associates, LTD and how they would be involved?  I do not see any benefit to either of us to clutter the pleadings with names and entities who should not be parties to the lawsuit.

Thank you for reviewing these issues and I look forward to hearing from you.

Regards,

John

John R. Clifford
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street Suite 1900
San Diego, CA 92101
619.881.3320 (Direct)
619.339.1862 (Cell)
619.321.6200 (Main)
619.321.6201 (Fax)
john.clifford@wilsonelser.com

---

**From:** Adriana R. Alcalde [mailto:aalcalde@EandBLaw.com]
**Sent:** Thursday, November 4, 2021 1:35 PM
**To:** Clifford, John R. <John.Clifford@wilsonelser.com>
**Cc:** David Hommel <dhommel@EandBLaw.com>; David Vu <dvu@EandBLaw.com>
**Subject:** Lathrop

**[EXTERNAL EMAIL]**

Mr. Clifford,

It was a pleasure speaking with you today.  Per our conversation, you will delay acceptance of service until we have filed the necessary certificates and you don't have an objection to our certificates being filed beyond the 60 day requirement.  I expect they should be filed soon and will notify you as soon as they have been.  We have no objection to your request for extra time to respond.  If you have any questions or concerns do not hesitate to contact me.

Thank you,

2

Adriana Alcalde
Eisenberg & Baum, LLP
24 Union Square East, Penthouse
New York, New York 10003-3201
aalcalde@EandBLaw.com
(212) 353-8700 – Main
(212) 353-1708 – Fax

CONFIDENTIALITY NOTE: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call Eisenberg & Baum, LLP at (212) 353-8700 and destroy the original message and all copies.
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


```
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly
prohibited
without our prior permission. If the reader of this message is
not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us
immediately by
return e-mail and delete the original message and any copies of
it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or
refer to
any of our offices.
Thank you.
```

# Exhibit B

| STATUS | DEFENDANT | DATE OF SERVICE/ATTEMPTED SERVICE | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Not Served | WATCHTOWER ENTERPRISES INC. | 11/26/2021 | 100 WATCHTOWER DRIVE | PATTERSON | NY | 12563 |
| Pending | REFUGIO VALENZUELA | 11/30/2021 | 32501 US HIGHWAY 97 | OROVILLE | WA | 98844 |
| Not Served | LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES | 11/25/2021 | 2331 NOTHVIEW DRIVE | SACRAMENTO | CA | 95833 |
| Not Served | MANUEL BELIZ | 11/25/2021 | 2331 NORTHVIEW DRIVE | SADDLE BROOK | CA | 95833 |
| Pending | OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES | 11/30/2021 | 32501 US HIGHWAY 97 | OROVILLE | WA | 98844 |
| Served | KINGDOM SUPPORT SERVICES | 11/26/2021 | 2891 ROUTE 22 | PATTERSON | NY | 12563 |
| Served | RELIGIOUS ORDER OF JEHOVAH'S WITNESSES, ATTN: LEGAL | 11/25/2021 | 2823 ROUTE 22 | PATTERSON | NY | 12563 |
| Not Served | WATCHTOWER ASSOCIATES LTD. | 11/25/2021 | 934 E 84TH STREET | BROOKLYN | NY | 11236 |
| Not Served | WATCHTOWER FOUNDATION INC. | 11/25/2021 | 934 E 84TH STREET | BROOKLYN | NY | 11236 |
| Not Served | CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, ATTN: LEGAL | 11/25/2021 | 934 E 84TH STREET | BROOKLYN | NY | 11236 |
| Pending | THE GOVERNING BODY OF JEHOVAH'S WITNESSES | 11/25/2021 | 1 KINGS DRIVE | TUXEDO PARK | NY | 10987 |
| Not Served | WATCHTOWER BIBLE AND TRACT SOCIETY | 11/29/2021 | 25 COLUMBIA HEIGHTS | BROOKLYN | NY | 11201 |