# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA LATHROP,<br><br>                    Plaintiff,<br><br>v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER ENTERPRISES; WATCHTOWER FOUNDATION, INC.; WATCHTOWER ASSOCIATES, LTD; KINGDOM SUPPORT SERVICES, INC.; RELIGIOUS ORDER OF JEHOVAH'S WITNESSES; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; THE GOVERNING BODY OF JEHOVAH'S WITNESSES; OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES; LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES; MANUEL BELIZ; and REFUGIO VALENZUELA,<br><br>                    Defendants. | Case No. 5:21-cv-01547-JWH-SP<br><br>[PROPOSED] ORDER ON JOINT STIPULATION FILED AT ECF NO. 23 |

The Court having received the Joint Stipulation, filed at ECF No. 23, between Plaintiff, Erica Lathrop, and Defendants, Kingdom Support Services, Inc. ("KSS"), Religious Order of Jehovah's Witnesses ("ROJV") and Christian Congregation of Jehovah's Witnesses ("CCJW") hereby ORDERS that

1

**[PROPOSED] ORDER ON JOINT STIPULATION**

1  Defendants KSS, ROJV, and CCJW, will disregard service of the summons and
2  complaint in this matter until Plaintiff complies with the certificate of merit
3  requirements pursuant to California Code of Civil Procedure sections 340.1 (f)
4  (g) (h) and (i).
5      FURTHER ORDERS that the Plaintiff shall not serve Defendants until
6  obtaining approval from the Court in compliance with California Code of Civil
7  Procedure sections 340.1(i).
8      FURTHER ORDERS that once Plaintiff complies with the requirements of
9  Section 340.1 set forth above, Defense Counsel will accept service for the above-
10 mentioned entities. Additionally, upon Plaintiff's compliance with CCP 340.1 (f)
11 (g) (h) and (i), Defense Counsel is authorized to accept service for Defendant
12 Watchtower Bible and Tract Society of New York, Inc.
13     FURTHER ORDERS that once Defendants have been served pursuant to
14 the foregoing, that Defendants will have 40 days from receipt of service to file
15 responsive pleadings.

18 Dated: _____   _____
19                                             John W. Holcomb
                                            UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER ON JOINT STIPULATION**