Eric Baum (Admitted Pro Hac Vice)
EBAUM@EANDBLAW.COM
Adriana Alcalde ((Admitted Pro Hac Vice)
AALCALDE@EANDBLAW.COM
EISENBERG & BAUM, LLP
24 Union Square East, PENTHOUSE
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708

ANAHITA SEDAGHATFAR, ESQ. (SBN 217289)
Email: asedaghatfar@cochranfirm.com
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Tel: (323) 435-8205
Fax: (323) 282-5280

*Attorneys for Plaintiff ERICA LATHROP*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA LATHROP,<br><br>              Plaintiff,<br><br>  v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER ENTERPRISES; WATCHTOWER FOUNDATION, INC.; WATCHTOWER ASSOCIATES, LTD; KINGDOM SUPPORT SERVICES, INC.; RELIGIOUS ORDER OF JEHOVAH'S WITNESSES; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; THE GOVERNING BODY OF JEHOVAH'S WITNESSES; OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES; LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES; MANUEL BELIZ; and REFUGIO VALENZUELA,<br><br>              Defendants. | Case No.: 5:21-CV-01547-JWH-SPX<br><br>CERTIFICATE OF MERIT FOR PLAINTIFF'S SELECTED LICENSED MENTAL HEALTH PRACTITIONER PURSUANT TO CCP § 340.1 |

COME(S) NOW Plaintiff ERICA LATHROP ("Plaintiff") and hereby submits the Certificate of Merit of her selected licensed mental health

practitioner, Anthony E. Reading, M. Phil., PhD., filed pursuant to Code of Civil Procedure Section 340.1 (hereinafter, "Mental Health Practitioner Certificate of Merit").

### **DECLARATION OF MENTAL HEALTH PRACTITIONER**

I, <u>Anthony E. Reading, M. Phil., PhD.</u>, declare as follows:

1. I am over eighteen (18) years old and not a party to this action. I make this declaration pursuant to section 340.1 of the Code of Civil Procedure in connection with the complaint intended to be filed by the Plaintiff Erica Lathrop ("Plaintiff"). I make this declaration based on my personal knowledge, background, education, training, experience, and specialized knowledge in the field of clinical and forensic psychology. If called upon as a witness to testify regarding these matters I could and would do so competently.

2. I am licensed mental health practitioner in the State of California and practice in the State of California. I am not treating Plaintiff. I have not treated Plaintiff. I have attached a true and correct copy of my curriculum vitae and incorporate here, as though fully set forth below, the statements made therein in order to certify, under oath, that they are true and accurate statements regarding my credentials.

3. It is my understanding that, currently at issue, is whether the standard under Code of Civil Procedure section 340.1, as set forth below, is met under the facts relevant to Plaintiff(s) claims of childhood sexual assault. It is my understanding that, under Code of Civil Procedure, section 340.1, subdivision (d), childhood sexual assault appears to include such conduct as lewd and lascivious acts (e.g., willful acts on a child's body with the intent of arousing, appealing to, or gratifying lust, passions or sexual desires of either the actor or the child), incest, sodomy, sexual penetration, sexual exploitation (hire/employ/use minor to assist with child pornography), or molestation of a person under the age of 18.

**MENTAL HEALTH PRACTITIONER'S CCP 340.1 CERTIFICATE OF MERIT**

4. I have interviewed Plaintiff and am knowledgeable about the relevant facts concerning his claims that he was the victim of childhood sexual assault.

5. In brief, I conducted an extended interview of Plaintiff on 11/29/21, following which she completed psychological testing, consisting of the MMPI-2-RF, PAI and TSI-2. My interview reviewed her family, social, educational, relationship, occupational, legal and medical history. It enabled me to identify any adverse experiences, along with whether or not there was evidence for the eruption of psychiatric symptoms. In brief, Plaintiff reported having been sexually abused through her childhood years by an elder in her church. She disclosed this to her family at age 16 when observed to be in acute distress. Through her childhood years, she lived in fear of the perpetrator, along with a second elder who also sexually abused her during her teen years, reporting an ongoing loss of safety and the onset of symptoms of anxiety and panic. Following her disclosure of the abuse, she reported the onset of depression accompanied by suicidal thoughts. In summary, arising from my evaluation, resulting from her adverse childhood experiences, reflecting protracted sexual abuse, Plaintiff reported psychiatric symptoms throughout her life that conform to an understanding of the effects of such exposure to childhood sexual abuse, in terms of issues with attachment, sexuality, relationships, self-worth, safety and adjustment. Psychological testing showed valid profiles, with no propensity to over report symptoms and significant elevations on scales reflecting depression and trauma exposure.

6. Based on my understanding of the issues set forth above and the facts relevant to Plaintiff's claims regarding childhood sexual assault, as well as my background, training, experience, education, and specialized knowledge in the field of clinical and forensic psychology, it is my professional opinion that

**MENTAL HEALTH PRACTITIONER'S CCP 340.1 CERTIFICATE OF MERIT**

there is a reasonable basis to believe that the Plaintiff has been subject to childhood sexual assault.

     I declare the foregoing is true and correct, under the penalty of perjury of the laws of the State of California.

Dated:   12/30/21

_____
Anthony E Reading PhD
Lic Psychologist, PSY 7525
462 N. Linden Drive, Suite 445
Beverly Hills, CA 90212
Office: 310 276 3545
Fax: 310 276 3677
aereading@aereading.com

4
**MENTAL HEALTH PRACTITIONER'S CCP 340.1 CERTIFICATE OF MERIT**