Eric Baum (Admitted Pro Hac Vice)
EBAUM@EANDBLAW.COM
Adriana Alcalde ((Admitted Pro Hac Vice)
AALCALDE@EANDBLAW.COM
EISENBERG & BAUM, LLP
24 Union Square East, PENTHOUSE
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708

ANAHITA SEDAGHATFAR, ESQ. (SBN 217289)
Email: asedaghatfar@cochranfirm.com
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Tel: (323) 435-8205
Fax: (323) 282-5280

*Attorneys for Plaintiff ERICA LATHROP*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA LATHROP,<br><br>             Plaintiff,<br><br>       v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER ENTERPRISES; WATCHTOWER FOUNDATION, INC.; WATCHTOWER ASSOCIATES, LTD; KINGDOM SUPPORT SERVICES, INC.; RELIGIOUS ORDER OF JEHOVAH'S WITNESSES; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; THE GOVERNING BODY OF JEHOVAH'S WITNESSES; OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES; LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES; MANUEL BELIZ; and REFUGIO VALENZUELA,<br><br>             Defendants. | Case No. 5:21-cv-01547-JWH-SP<br><br>CERTIFICATE OF MERIT AND DECLARATION OF PLAINTIFF'S COUNSEL ADRIANA R. ALCALDE PURSUANT TO CCP § 340.1 AS TO DEFENDANT WATCHTOWER ENTERPRISES |

COME(S) NOW Plaintiff Erica Lathrop, ("Plaintiff") and hereby submits the Certificate of Merit and Attorney Declaration of counsel Adriana R. Alcalde, the undersigned counsel for Plaintiff, filed pursuant to Code of Civil Procedure

1
**MENTAL HEALTH PRACTITIONER'S CCP 340.1 CERTIFICATE OF MERIT**

1 | Section 340.1 (hereinafter, "Counsel's Certificate of Merit") as to Defendant
2 | WATCHTOWER ENTERPRISES.

3 | **DECLARATION OF ATTORNEY ADRIANA R. ALCALDE**

4 | I, Adriana R. Alcalde., declare as follows:

5 |     1. I am over eighteen (18) years old and not a party to this action. I
6 | make this declaration pursuant to section 340.1(h)(1) of the Code of Civil
7 | Procedure in connection with the complaint intended to be filed by the Plaintiff
8 | ERICA LATHROP ("Plaintiff"). I make this declaration based on my personal
9 | knowledge, background, education, experience, and familiarity with the facts of
10 | this case having been retained by Plaintiff as her counsel in the instant action. I
11 | declare to the following to the true and correct:

12 |     2. That I have reviewed the facts of the case and have consulted with at
13 | least one mental health practitioner who is licensed to practice and practices in
14 | this state and who I reasonably believe is knowledgeable of the relevant facts and
15 | issues involved in the particular action.

16 |     3. That I have concluded on the basis of that review and consultation
17 | that there is reasonable and meritorious cause for the filing of the action.

18 |     4. That the licensed mental health practitioner with whom I've
19 | consulted is not a party to this litigation.

20 |     5. I declare the foregoing is true and correct, under the penalty of
21 | perjury of the laws of the State of California.

23 | Dated: December 23, 2021          *s/ Adriana R. Alcalde*
24 |                                            Adriana R. Alcalde
                                           EISENBERG & BAUM, LLP
25 |                                            24 Union Square E. Penthouse
                                           New York, New York 10003
26 |                                            212-353-8700
                                           aalcalde@eandblaw.com

**MENTAL HEALTH PRACTITIONER'S CCP 340.1 CERTIFICATE OF MERIT**