1
2   <span style="color:red">No signature from Defendants' counsel on the Joint Stipulation.</span>
3
4
5
6
7
8
9      **UNITED STATES DISTRICT COURT**

10     **CENTRAL DISTRICT OF CALIFORNIA**

11  | ERICA LATHROP, | Case No. 5:21-cv-01547-JWH-SPx |
12  |                            Plaintiff, | |
13  |        v. | **DENIED** ORDER ON JOINT STIPULATION FILED AT ECF NO. 23 |
14  | WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER ENTERPRISES; WATCHTOWER FOUNDATION, INC.; WATCHTOWER ASSOCIATES, LTD; KINGDOM SUPPORT SERVICES, INC.; RELIGIOUS ORDER OF JEHOVAH'S WITNESSES; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; THE GOVERNING BODY OF JEHOVAH'S WITNESSES; OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES; LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES; MANUEL BELIZ; and REFUGIO VALENZUELA, | |
15
16
17
18
19
20
21
22
23  |                            Defendants. | |
24

25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court having received the Joint Stipulation, filed at ECF No. 23, between Plaintiff, Erica Lathrop, and Defendants, Kingdom Support Services, Inc. ("KSS"), Religious Order of Jehovah's Witnesses ("ROJV") and Christian Congregation of Jehovah's Witnesses ("CCJW") hereby  ORDERS that Defendants KSS, ROJV, and CCJW, will disregard service of the summons and complaint in this matter until Plaintiff complies with the certificate of merit requirements pursuant to California Code of Civil Procedure sections 340.1 (f) (g) (h) and (i).

FURTHER ORDERS that the Plaintiff shall not serve Defendants until obtaining approval from the Court in compliance with California Code of Civil Procedure sections 340.1(i).

FURTHER ORDERS that once Plaintiff complies with the requirements of Section 340.1 set forth above, Defense Counsel will accept service for the above-mentioned entities. Additionally, upon Plaintiff's compliance with CCP 340.1 (f) (g) (h) and (i), Defense Counsel is authorized to accept service for Defendant Watchtower Bible and Tract Society of New York, Inc.

FURTHER ORDERS that once Defendants have been served pursuant to the foregoing, that Defendants will have 40 days from receipt of service to file responsive pleadings.

Dated: December 29, 2021

**DENIED**

BY ORDER OF THE COURT

John W. Holcomb
UNITED STATES DISTRICT JUDGE

DENIED ORDER ON JOINT STIPULATION