**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA LATHROP,<br><br>                          Plaintiff,<br><br>  v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER ENTERPRISES; WATCHTOWER FOUNDATION, INC.; WATCHTOWER ASSOCIATES, LTD; KINGDOM SUPPORT SERVICES, INC.; RELIGIOUS ORDER OF JEHOVAH'S WITNESSES; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; THE GOVERNING BODY OF JEHOVAH'S WITNESSES; OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES; LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES; MANUEL BELIZ; and REFUGIO VALENZUELA,<br><br>                          Defendants. | Case No. 5:21-cv-01547-JWH-SPx<br><br>ORDER ON CERTIFICATE OF MERIT AND DECLARATION OF PLAINTIFF'S COUNSEL ADRIANA R. ALCALDE PURSUANT TO CCP § 340.1 AS TO DEFENDANT LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES |

1

**ORDER ON CERTIFICATE OF MERIT AS TO DEFENDANT LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES**

1  The Court, having received the Certificate of Merit and Declaration of
2  Plaintiff's Counsel Adriana R. Alcalde as to Defendant Las Palmas Congregation
3  of Jehovah's Witnesses filed by Plaintiff Erica Lathrop, and good cause
4  appearing, hereby **ORDERS** that Plaintiff has reasonable and meritorious cause
5  for the filing of this particular action.

6  The Court further **ORDERS** that Plaintiff's Certificate of Merit and
7  Declaration of Plaintiff's Counsel Adriana R. Alcalde as to Defendant Las
8  Palmas Congregation of Jehovah's Witnesses are **GRANTED** and that Plaintiff
9  may proceed with her lawsuit.

10  **IT IS SO ORDERED.**

12  Dated: February 17, 2022

13  _____
    JOHN W. HOLCOMB
    U.S. DISTRICT JUDGE