# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA LATHROP,<br><br>                             Plaintiff,<br><br>     v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER ENTERPRISES; WATCHTOWER FOUNDATION, INC.; WATCHTOWER ASSOCIATES, LTD; KINGDOM SUPPORT SERVICES, INC.; RELIGIOUS ORDER OF JEHOVAH'S WITNESSES; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; THE GOVERNING BODY OF JEHOVAH'S WITNESSES; OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES; LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES; MANUEL BELIZ; and REFUGIO VALENZUELA,<br><br>                             Defendants. | Case No. 5:21-cv-01547-JWH-SPx<br><br>ORDER ON CERTIFICATE OF MERIT AND DECLARATION OF PLAINTIFF'S COUNSEL ADRIANA R. ALCALDE PURSUANT TO CCP § 340.1 AS TO DEFENDANT MANUEL BELIZ |

1

**ORDER ON CERTIFICATE OF MERIT AS TO DEFENDANT MANUEL BELIZ**

| | |
|---|---|
| 1 | The Court, having received the Certificate of Merit and Declaration of Plaintiff's Counsel Adriana R. Alcalde as to Defendant Manuel Beliz filed by Plaintiff Erica Lathrop, and good cause appearing, hereby **ORDERS** that Plaintiff has reasonable and meritorious cause for the filing of this particular action. |

The Court, having received the Certificate of Merit and Declaration of Plaintiff's Counsel Adriana R. Alcalde as to Defendant Manuel Beliz filed by Plaintiff Erica Lathrop, and good cause appearing, hereby **ORDERS** that Plaintiff has reasonable and meritorious cause for the filing of this particular action.

The Court further **ORDERS** that Plaintiff's Certificate of Merit and Declaration of Plaintiff's Counsel Adriana R. Alcalde as to Defendant Manuel Beliz are **GRANTED** and that Plaintiff may proceed with her lawsuit.

**IT IS SO ORDERED.**

Dated: February 17, 2022

_____
JOHN W. HOLCOMB
U.S. DISTRICT JUDGE

**ORDER ON CERTIFICATE OF MERIT AS TO DEFENDANT MANUEL BELIZ**