# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA LATHROP,<br><br>                       Plaintiff,<br><br>    v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER ENTERPRISES; WATCHTOWER FOUNDATION, INC.; WATCHTOWER ASSOCIATES, LTD; KINGDOM SUPPORT SERVICES, INC.; RELIGIOUS ORDER OF JEHOVAH'S WITNESSES; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; THE GOVERNING BODY OF JEHOVAH'S WITNESSES; OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH'S WITNESSES; LAS PALMAS CONGREGATION OF JEHOVAH'S WITNESSES; MANUEL BELIZ; and REFUGIO VALENZUELA,<br><br>                       Defendants. | Case No. 5:21-cv-01547-JWH-SPx<br><br>ORDER ON CERTIFICATE OF MERIT AND DECLARATION OF PLAINTIFF'S COUNSEL ADRIANA R. ALCALDE PURSUANT TO CCP § 340.1 AS TO DEFENDANT KINGDOM SUPPORT SERVICES, INC. |

1

**ORDER ON CERTIFICATE OF MERIT AS TO DEFENDANT KINGDOM SUPPORT SERVICES, INC.**

The Court, having received the Certificate of Merit and Declaration of Plaintiff's Counsel Adriana R. Alcalde as to Defendant Kingdom Support Services, Inc. filed by Plaintiff Erica Lathrop, and good cause appearing, hereby **ORDERS** that Plaintiff has reasonable and meritorious cause for the filing of this particular action.

The Court further **ORDERS** that Plaintiff's Certificate of Merit and Declaration of Plaintiff's Counsel Adriana R. Alcalde as to Defendant Kingdom Support Services, Inc. are **GRANTED** and that Plaintiff may proceed with her lawsuit.

**IT IS SO ORDERED.**

Dated: March 1, 2022

_____
JOHN W. HOLCOMB
U.S DISTRICT JUDGE

**ORDER ON CERTIFICATE OF MERIT AS TO DEFENDANT KINGDOM SUPPORT SERVICES, INC.**