1    **Eric Baum** (admitted *pro hac vice*)
     EBAUM@EANDBLAW.COM
2    **Adriana Alcalde** (admitted *pro hac vice*)
     AALCALDE@EANDBLAW.COM
3    EISENBERG & BAUM, LLP
     24 Union Square East, PENTHOUSE
4    New York, NY 10003
     Tel: (212) 353-8700
5    Fax: (212) 353-1708

6    **ANAHITA SEDAGHATFAR, ESQ. (SBN 217289)**
     Email: asedaghatfar@cochranfirm.com
7    **THE COCHRAN FIRM CALIFORNIA**
     4929 Wilshire Boulevard, Suite 1010
8    Los Angeles, California 90010
     Tel: (323) 435-8205
9    Fax: (323) 282-5280

*Attorneys for Plaintiff Erica Lathrop*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA LATHROP, <br><br>             *Plaintiff*, <br><br>    v. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., et al. <br><br>             *Defendants*. | **Case No: 5:21-CV-01547-JWH-SPX** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ERICA LATHORP, by and through undersigned counsel, hereby gives notice of her voluntary dismissal of this case without prejudice.

///
///
///
///

-1-

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Defendants have not answered or moved for summary judgment.

Dated: March 23, 2022              Respectfully submitted,

/s/ Eric Baum
Eric Baum (admitted *pro hac vice*)
Adriana Alcalde (admitted *pro hac vice*)
EISENBERG & BAUM, LLP
24 Union Square East, Penthouse
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708
*Attorneys for Plaintiff Erica Lathrop*

Dated:  March 23, 2022             Respectfully submitted,

/s/ Anahita Sedaghatfar, Esq.
ANAHITA SEDAGHATFAR
Attorneys for Plaintiff ERICA LATHROP

-2-

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

# CERTIFICATION OF SERVICE VIA E-SERVICE [PROOF OF SERVICE]

Fed.R.Civ.P. 6(e)

*Erica Lathrop v. Watchtower Bible and Tract Society of New York, Inc., et al.*
U.S. District Court Case Number: 5:21-cv-01547-JWH-SPx

I am a resident of or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is: The Cochran Firm-California, 4929 Wilshire Boulevard, Suite 1010, Los Angeles, California 90010.

On March 23, 2022, I served the following listed document(s): **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action by placing [ ] the original [XX ] a true copy thereof addressed as follows (or as shown on the attached Service List):

John R. Clifford, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street, Suite 1900
San Diego, California 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
E-mail: john.clifford@wilsonelser.com

Attorneys for Defendants WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; RELIGIOUS ORDER OF JEHOVAH'S WITNESSES; and, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES

[x ]   BY ELECTRONIC TRANSMISSION/E-SERVICE: I transmitted the foregoing document by e-mail to the e-mail address of the addressee as noted above.

[x ]   Federal: I hereby swear and affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2022 at Los Angeles, California.

/ s /

_____
Daniel-Michael Torres