

# OFFICE OF THE
# OKANOGAN COUNTY SHERIFF
### ANTHONY D. HAWLEY, SHERIFF

ADMINISTRATION, INVESTIGATION AND CIVIL
123 - 5TH AVENUE NORTH, ROOM 200
OKANOGAN, WA 98840
509-422-7200   FAX: 509-422-7217

CORRECTIONS AND COMMUNICATIONS
149 - 4TH AVENUE NORTH
OKANOGAN, WA 98840
509-422-7200   FAX: 509-422-7236

TO: United States District Court
for the Central District of California

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
03/21/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
3/21/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: IV DEPUTY

Court Clerk,

5:21-cv-01547-JWH-SPx

    Enclosed with this cover letter are two Return of Services (Affidavits) that need to be filed with the county clerk for San Bernardino, as that is where the Plaintiff of this case lives and where the case is filed. We received documents for Civil Service in our county for some of the Defendants of this case, now trying to get the completed service Returns (Affidavits) to the correct place. We do not have any way to electronically file out of state Returns of Services (Affidavits) in our office or in our state (Washington State).

    If possible, please file the original Return of Services (Affidavits) that are enclosed with Case #: 5:21-CV-01547-JWH-SPX.

    A copy of the Return of Services (Affidavits) have been sent to the originating source whom sent the Civil Process to us.

    If you have any questions or if there is anything we can do to make sure the Returns of Services (Affidavits) have reached the correct court please let me know.

Thank you,

*(signature)*

Shannon Westby
Civil Process Records Clerk
509-422-7200 ext. 7772
Okanogan County Sheriff's Office
    123 N. 5th Ave. Okanogan, WA 98840

| ADMINISTRATION | INVESTIGATIONS | COMMUNICATIONS | CORRECTIONS | CIVIL |
|---|---|---|---|---|
| AARON CULP | LAURA WRIGHT | MIKE WORDEN | TAMMI DENNEY | BETH BARKER |
| Undersheriff | Chief Criminal Deputy | Chief Special Operations Deputy | Chief Corrections Deputy | Chief Civil Deputy |

E-MAIL: OCSO@CO.OKANOGAN.WA.US     HTTP://OKANOGANSHERIFF.ORG

```
                        State of Washington
                         OKANOGAN COUNTY
                          Civil Division
                        OKANOGAN, WA 98840
```

Process Number: 2203-0002                Court Number: 5:21-CV-01547-JWH-SP

ERICA LATHROP, PLAINTIFF
v.
OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH WITNESSES, DEFENDANT

I, ANTHONY D. HAWLEY, SHERIFF of OKANOGAN COUNTY do hereby certify that I received the within and foregoing SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET on 1st day of March, 2022, and that I have made due search and inquiry and exercised due diligence, but I am returning the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET UNSERVED after making the following service attempts:

Service attempted on 13th day of March, 2022 at 13:00:00
Service attempted on 11th day of March, 2022 at 09:00:00
Service attempted on 10th day of March, 2022 at 08:47:00

    OTHELLO NORTH SPANISH CONGREGATION OF JEHOVAH WITNES (Defendant    )
    32501 HIGHWAY 97
    OROVILLE, WA  98844

Dated the 16th day of March, 2022

Fees:
   Service:      10.00         ANTHONY D. HAWLEY, SHERIFF
   Mileage:     240.00         OKANOGAN COUNTY, Washington
   Other  :      30.00
   Total  :     280.00         BY: _____
                                   Authorized Representative
                                   Civil Division

My commission expires:
01/15/2024                         _____
                                            Notary Public

Elizabeth M Barker, Notary Public, State of Washington, Comm. No. 98871, My Comm. Exp. 01/15/2024

State of Washington
OKANOGAN COUNTY
Civil Division
OKANOGAN, WA 98840

Process Number: 2203-0003            Court Number: 5:21-CV-01547-JWH-SPX

ERICA LATHROP, PLAINTIFF v. REFUGIO VALENZUELA, DEFENDANT

I, ANTHONY D. HAWLEY, SHERIFF of OKANOGAN COUNTY do hereby certify that I received the within and foregoing SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET on 1st day of March, 2022, and that I have made due search and inquiry and exercised due diligence, but I am returning the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET UNSERVED after making the following service attempts:

Service attempted on 13th day of March, 2022 at 13:00:00

Service attempted on 11th day of March, 2022 at 09:00:00

Service attempted on 10th day of March, 2022 at 08:47:00

    REFUGIO  VALENZUELA                                         (Defendant    )
    32501 HIGHWAY 97
    OROVILLE, WA  98844

Dated the 16th day of March, 2022

Fees:
  Service:      0.00          ANTHONY D. HAWLEY, SHERIFF
  Mileage:      0.00          OKANOGAN COUNTY, Washington
  Other  :      0.00
  Total  :      0.00          BY: _____
                                        Authorized Representative
                                        Civil Division
My commission expires:
01/15/2024                                _____
                                                       Notary Public

